AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:56 pm, Feb 09 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____crp____ Deputy

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   1:21-mj-342 TMD |
| GIOVONNI Z. POPE | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 31, 2021  in the county of _____ in the jurisdiction and venue of the District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1111<br>18 U.S.C. § 3261(a)(1) | Murder while employed by or accompanying the Armed Forces outside the United States |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

*Traci Batla*
Complainant's signature

Traci Batla, Special Agent, NCIS
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 2/9/2021

Judge's signature

City and state:   Baltimore, Maryland        Thomas M. DiGirolamo, U.S. Magistrate Judge
Printed name and title