IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Giovonni Z. Pope

Case No. 21-0342TMD

\*

\*

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by Amy Fitzgibbons, AFPD, and the Government was represented by Assistant United States Attorney P. Michael Cunningham, it is

**ORDERED**, this 11th day of February, 2021, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

*Thomas M. DiGirolamo*
Thomas M. DiGirolamo
United States Magistrate Judge