IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. 21-MJ-0342-TMD |
| GIOVONNI Z. POPE | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the government's Motion for Detention and Removal to the United States, and after a hearing conducted pursuant to 18 U.S.C. §3265, at which the defendant appeared by video teleconference and was represented by LT Chesley Boggs, Defense Counsel, United States Navy, in Bahrain, as defense counsel for the purposes of the hearing, and by Amy Fitzgibbons, Assistant Federal Public Defender in the United States, and after finding that LT Boggs met the standard for qualified military counsel under § 3265(c), and upon considering the facts and circumstances of this matter, **IT IS HEREBY ORDERED**:

1. Pursuant to 18 U.S.C. § 3142(e), the defendant shall be **DETAINED**;
2. Pursuant to 18 U.S.C. § 3264(b), the defendant shall be removed to the United States;
3. At the request of the Department of Justice, the Department of Defense shall deliver the defendant to the custody of the United States Marshal as soon as reasonably possible for the purpose of the defendant's appearance in connection with all court proceedings; and
4. The defendant shall be transferred as soon as reasonably possible by the United States Marshal to the District of Maryland for further proceedings in this case.

Dated this __11__ Day of February, 2021.

*Thomas M. DiGirolamo*
Thomas M. DiGirolamo
United States Magistrate Judge